FILED & JUDGMENT ENTERED
Steven T. Salata

May 01 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

IN RE:                                              )
                                                    )
CORTEZ, SAM                                         )        **Case #: 1232195**
                                                    )        **Chapter 7**
                                                    )
                        Debtor.                     )
_____

## ORDER RESCINDING DISMISSAL

THIS CAUSE coming on to be heard and being heard before the undersigned United States Bankruptcy Judge on Debtor's Motion to Set Aside the Order of Dismissal and Re-Open Debtor's case; and it appearing from the record that due notice was given to all parties in interest with opportunity to object to such relief and that no objections were filed; and it appearing to the Court after hearing on this matter that good cause exists to Set Aside the Order of Dismissal and Re-Open the case; and it appearing that an Order has already been entered re-opening the case and resetting the 341 meeting and discharge deadlines, but said Order did not officially rescind the dismissal;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Order of Dismissal dated September 28, 2012, is hereby Set Aside and Rescinded.

This Order has been signed
Electronically.  The Judge's                        **United States Bankruptcy Court**
Signature and court's seal
Appear at the top of the Order.